■ DAVID TRALA, Respondent, v LOUIS EGLOFF et al., Appellants. (Appeal No. 2.) [748 NYS2d 79] —Appeal from an order of Supreme Court, Erie County (Glownia, J.), entered June 25, 2001, which, inter alia, denied defendants' motion for permission to enter a partial judgment in the amount of the jury verdict plus interest.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same Memorandum as in *Trala v Egloff* ([appeal No. 1] 298 AD2d 878). Present—Wisner, J.P., Hurlbutt, Scudder and Kehoe, JJ.